IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | Case No. 1:15cv570 |
| | | Judge Dlott |
| Plaintiff, | : | |
| V. | : | |
| JON HUSTED, *Et Al.*, | : | |
| Defendants. | : | |

_____

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER**
_____

Now comes Plaintiff John Doe, by and through counsel, and hereby withdraws his Motion for Temporary Restraining Order on the basis that the August 24, 2015 subpoena issued to Ian James has been recalled.

Respectfully submitted,

  /s/ Jennifer M. Kinsley
JENNIFER M. KINSLEY
(Ohio Bar No. 0071629)
Kinsley Law Office
Post Office Box 19478
Cincinnati, Ohio 45219
(513) 708-2595
Kinsleylawofffice@gmail.com

Counsel for Plaintiff John Doe

1

2

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided the Court's CM/ECF system to all counsel of record this 8th day of September, 2015.

    /s/ Jennifer M. Kinsley
JENNIFER M. KINSLEY
(Ohio Bar No. 0071629)
Kinsley Law Office
Post Office Box 19478
Cincinnati, Ohio 45219
(513) 708-2595
Kinsleylawofffice@gmail.com

Counsel for Plaintiff John Doe